**Order filed Septmeber 4, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00640-CV
_____

**TUAN ANH TRAN, Appellant**

**V.**

**SHERYN D. NGUYEN, Appellee**

---

**On Appeal from the 300th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 76429-F**

---

## ORDER

According to information provided to this court, this is an appeal from a final decree of divorce signed July 17, 2014. We have been advised appellant filed a timely motion for new trial. By letter dated August 13, 2014, appellant submitted for filing in the court below his request for preparation of the clerk's record and reporter's record. The record in this appeal is due **November 14, 2014.**

On August 25, 2014, Sarah Caldwell, the court reporter for this case, advised this court that appellant is appealing as indigent. Therefore, it appears that the trial

court has determined that appellant is entitled to proceed without the advance payment of costs.

Appellant has also filed an affidavit of indigence in this court. On September 2, 2014, appellant filed a declaration setting out his previous filings and a copy of his certified inmate trust account, which are required by Chapter 14 of the Texas Civil Practice and Remedies Code when an inmate claims an inability to pay costs.

To date, this court has taken no action on appellant's affidavit of indigence filed in this court. *See* Tex. R. App. P. 20.1 (d)(2) (requiring the appellate court clerk to send a copy of the affidavit to the trial court clerk and court reporter and set a deadline for filing a contest to the affidavit). Instead, we issue the following order:

The Brazoria County District Clerk is directed to file a partial clerk's record containing the trial court's order, if any, determining whether appellant is entitled to proceed without the advance payment of costs on appeal. The partial clerk's record shall be filed on or before **September 25, 2014.**

If the requested document is not a part of the case filed, the clerk is directed to file a certified statement that the document is not part of the case file.


PER CURIAM